Received on 3-1-24 0 Staff member on 2-25-24 under fictitious name
Jacob Rodriquez #9672228 as stated within the suit
under Declaration

Suite #2

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

CEO of Texas breadwinnerz (Devoris Newson)  )
*Plaintiff/Petitioner*                       )
                                             )   Civil Action No. _To be provided By Clerk_
v.                                           )
CHASE BANK, RAIZ BANK, Inspire APT, EPPD, EPSD Et. Al )
*Defendant/Respondent*                       )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __E.P.J.A 1429B, 12501 Montana Ave, El Paso TX 79938__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. _Institutional officer refused to sign without court order or provide six month transaction sheet... M.A. 3.13.W._

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ ___0___ , and my take-home pay or wages are: $ ___0___ per
(specify pay period) ___0___ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments      ☐ Yes    ☑ No
(e) Gifts, or inheritances                             ☐ Yes    ☑ No
(f) Any other sources                                  ☐ Yes    ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _Unknown waiting on U.S. Treasury Examiners 6 month investigation_

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: 0

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: 0

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: 0

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: 0

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  3-1-24

Applicant's signature
CEO of TEXASBRENOWINNERZ
Devoris Newson
Printed name

C/O OF T.B.
LEGAL MAIL
3-2-24

EL PASO TX 798
RIO GRANDE DISTRICT
6 MAR 2024 PM 2 L

GEO OF TEXAS BREADWINNERZ
DEVORIS NEWSON # 2546676
E.P.J.A. 14898
1a501 Montana AVE.
El Paso Tex. 79938

U.S.D.C. "CLERK OF COURT"
Philip J. DEVLIN
WESTERN DISTRICT OF TEXAS
525 Magoffin Ave. Suite 105
El Paso Texas 79901

Young Jefe
P.L.T.M., M.3°
auto - suggestion = Biniol Planet

Sol-om-on

Sacred Seal

SEAL

EUREKA!!!
I ENE FOUND THE
...KEYS

79901-25-GOM-ON

QUEEN SHEBA
SACRED
SEAL

B. B. H.
P.

Annex
Correspondence
County

I am the way the truth and the light "
Thought who follow me shall not
Walk in darkness but shall have the light of life...